UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DWAYNE J DEMOUCHET | CIVIL CASE NO.  6:24-CV-01805 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| DUSTIN BICKHAM | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 6], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that the instant petition be DISMISSED WITHOUT PREJUDICE to petitioner's right to file a motion in the United States Court of Appeals for the Fifth Circuit for leave to file a successive § 2254 petition.

THUS DONE AND SIGNED in Chambers this 24th day of April 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE